IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00753-LTB-BNB

BEVERLY C. GMEREK,

Plaintiff,

v.

PEER ASSISTANCE SERVICES, INC., a Colorado non-profit corporation,

Defendant.

_____

**ORDER**
_____

IT IS ORDERED that a settlement conference is set to occur on November 18, 2013, at 1:30 p.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences before the magistrate judge are confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone.) If an insurance company is involved, an adjustor authorized to enter into settlement must also be present in person.

Dated October 22, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge