IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00753-LTB-BNB

BEVERLY C. GMEREK,

Plaintiff,

v.

PEER ASSISTANCE SERVICES, INC., a Colorado non-profit corporation,

Defendant.

_____

### ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before December 2, 2013, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 19, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge