**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  13-cv-00753-LTB-BNB

BEVERLY C. GMEREK,

        Plaintiff,

v.

PEER ASSISTANCE SERVICES, INC.,

        Defendant.

_____

**ORDER**
_____

        THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 27 - filed November 27, 2013), and the Court being fully advised in the premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED:   December 2, 2013